IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANIEL P. WILLIAMS,

                      Plaintiff,

      -vs-

COMMISSIONER OF
SOCIAL SECURITY,

                      Defendant.

Case No. 3:07 CV 3656

MEMORANDUM OPINION
AND ORDER

KATZ, J.

      Before the Court is the Report and Recommendation of the Magistrate Judge filed September 3, 2008 in the above-entitled action. Under the relevant statute:

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1982). In this case, it is recommended that a joint motion by the parties for remand be granted. Since the motion being granted is joint, there will be no objections.

      The Court has reviewed the Magistrate Judge's Report and Recommendation, and adopts that Report and Recommendation in its entirety. The joint motion for remand is granted.

      IT IS SO ORDERED.

                                                      S/ *David A. Katz*
                                                      DAVID A. KATZ
                                                      U. S. DISTRICT JUDGE